■ AH BEE PUA, Respondent, v YUEN FAI M. LAM et al., Defendants, and C&H HERB SHOP, INC., Appellant. [63 NYS3d 859]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered on or about September 28, 2016, which denied defendant C&H Herb Shop, Inc.'s motion to, among other things, vacate the note of issue and extend its time to make summary judgment motions to 120 days following the completion of discovery, unanimously reversed, on the law, on the facts, and in the exercise of discretion, and the motion granted, with costs.

When, as in this case, statements in a certificate of readiness concerning completion of discovery are incorrect or blatantly false, a motion to strike the note of issue should be granted (*see e.g. Cromer v Yellen*, 268 AD2d 381 [1st Dept 2000]). Plaintiff's contention that the motion has been mooted by the completion of most discovery is based on representations concerning subsequent matters, not in the appellate record, and of which judicial notice cannot be taken (*see Walker v City of New York*, 46 AD3d 278 [1st Dept 2007]). In any event, plaintiff acknowledges that discovery remains outstanding.

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Renwick, J.P., Manzanet-Daniels, Andrias, Kern and Oing, JJ.

■ In the Matter of REGINALD HERBIN, Petitioner, v ROBERT STOLZ et al., Respondents. [63 NYS3d 860]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Renwick, J.P., Manzanet-Daniels, Andrias, Kern and Oing, JJ.